IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JONATHAN PORTER,     PLAINTIFF
ADC #659942

CASE NO. 4:17-CV-850-JM-BD

V.

MOBLEY, et al.     DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. Mr. Porter has not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Porter's claims against the Defendants in their official capacities are DISMISSED, without prejudice.

IT IS SO ORDERED, this 5th day of February, 2018.

_____
UNITED STATES DISTRICT JUDGE